UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CHERIE A. EDWARDS, | |
|            Plaintiff(s), | No. C 09-03248 MEJ |
|   v. | **ORDER VACATING CMC** |
| ROBERT A. ZIGLER, | |
|            Defendant(s). | |

The Court is in receipt of Defendant's Case Management Statement. Given that Defendant's motion to dismiss is pending, the Court finds a cmc unnecessary at this time and hereby VACATES the October 22, 2009 Case Management Conference. If necessary, the Court shall reschedule the cmc after resolution of Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: September 30, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHERIE A. EDWARDS,

        Plaintiff,

  v.

ROBERT A. ZIGLER et al,

        Defendant.

Case Number: CV09-03248 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherie Ann Edwards
P.O. Box 772
Redway, CA 95560

Dated: September 30, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk